No. 10–6745.  BAKER v. CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 10–6748.  APONTE v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6766.  TIMMONS v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–6767.  BONANNO v. THOMAS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 10–6768.  LAU v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 10–6775.  WRIGHT v. STINE, SUPERINTENDENT, NEW CASTLE CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 10–6782.  ROGERS v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 10–6786.  NASH v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–6794.  CHERY v. HOLDER, ATTORNEY GENERAL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6801.  CAROSELLI, AKA HORAN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 10–6816.  MOTHERSHED v. OKLAHOMA EX REL. OKLAHOMA BAR ASSN.  C. A. 10th Cir.  Certiorari denied.

No. 10–6818.  MALLARD v. POTENZA ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 10–6819.  KOENIG v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 10–6842.  BLACKWOOD v. McNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.